UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-61148-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
            Plaintiff,                )
                                      )
v.                                    )
                                      )
EDMOND L. LONERGAN and GREEN PLANET   )
GROUP, INC.,                          )
                                      )
            Defendants.               )
_____)

## JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT GREEN PLANET GROUP, INC.

The Securities and Exchange Commission having filed a Complaint, and Defendant Green Planet Group, Inc. ("GNPG") having: entered a general appearance; consented to the Court's jurisdiction over it and over the subject matter of this action; consented to entry of this Judgment of Permanent Injunction and Other Relief as to Defendant Green Planet Group, Inc. ("Judgment") without admitting or denying the allegations of the Complaint (except as to personal and subject matter jurisdiction, which GNPG admits); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

I.

## SECTION 10(b) OF THE SECURITIES EXCHANGE ACT OF 1934 AND EXCHANGE ACT RULES 10b-5(a) AND (c)

**IT IS ORDERED AND ADJUDGED** that GNPG is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Exchange Act Rules 10b-5(a) and (c), 17 C.F.R.

§ 240.10b-5(a) and (c), by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud; or

    (b)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person

by, directly or indirectly, creating a false appearance or otherwise deceiving any person about the price or trading market for any security.

**IT IS FURTHER ORDERED AND ADJUDGED** that, as provided in Federal Rule of Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Judgment by personal service or otherwise: (a) GNPG's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with GNPG or anyone described in section (a) of this paragraph.

## II.

## CIVIL PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** upon motion of the Commission, the Court shall determine whether it is appropriate to order a civil penalty pursuant to Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3), and if so, the amount of civil penalty. In connection with the Commission's motion for civil penalty, and at any hearing held on such a motion: (a) GNPG will be precluded from arguing it did not violate the federal securities laws as alleged in the Complaint; (b) GNPG may not challenge the validity of the Consent or this Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (d) the Court may determine the issues raised in

the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure. In connection with the Commission's motion for civil penalty, the parties may take discovery, including discovery from appropriate non-parties.

### III.

### INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent filed herewith is incorporated with the same force and effect as if fully set forth herein, and that GNPG shall comply with all of the undertakings and agreements set forth therein.

### IV.

### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

### V.

### RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of August, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record

3