UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-61148-CIV-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

EDMOND L. LONERGAN and
GREEN PLANET GROUP, INC.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on a *sua sponte* review of the record. This case is currently set for trial during the Court's two-week trial period beginning on December 12, 2016. On July 19, 2016 and August 1, 2016, the Court entered two Orders (DE 52, 53) entitled "Judgment of Permanent Injunction and Other Relief," upon Plaintiff's motion. (DE 51). Plaintiff's motion further requested that (i) the matter be removed from the Court's trial calendar and (ii) that the Commission be given "120 days from the entry of the proposed Judgments to either submit to the Court a notice of settlement . . . or in the alternative, its motion seeking civil penalties and an Officer and Director bar." (DE 51 at 1-2).

Upon review of the record and the Motion, it is **ORDERED AND ADJUDGED** as follows:

    1. The Clerk is directed to **REMOVE** this case from the Court's Trial Calendar.

2. The Parties are **ORDERED** to file a notice of settlement or a motion seeking civil penalties and an Officer and Director bar on or before **Wednesday, November 16, 2016**.

3. Plaintiff is **ORDERED** to file a detailed status report **every three weeks** until the November 16, 2016 deadline or until final resolution is reached in this matter, whichever is earlier.

4. The first progress report is due on **August 29, 2016**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE