UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61148-CIV-WILLIAMS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

EDMOND L. LONERGAN and
GREEN PLANET GROUP, INC.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. The Court entered a final default judgment on December 20, 2016. (DE 62; DE 63). Consequently, the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of October, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE